

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2021

**BY ECF AND EMAIL**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 10.

Dated: March 12, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

     **Re:** *United States* **v.** *John D. McAfee and Jimmy G. Watson Jr.*, 21 Cr. 138 (LGS)

Dear Judge Schofield:

     The Government respectfully submits this letter in response to the Order issued today by the Court directing the parties to submit a joint letter by Monday, March 15, 2021 proposing a schedule for discovery, the filing of pretrial motions, and three proposed dates for a status conference.  The Government and defense counsel for defendant Jimmy Gale Watson Jr. are in the process of conferring about these topics with the aim of submitting such a joint scheduling letter for the Court's consideration, but do not expect to be in a position to complete our discussions about these topics by March 15.  In order to give the parties sufficient time to confer and prepare such a joint scheduling letter, the Government and defendant Watson through his counsel jointly request that the deadline for the joint scheduling letter be extended to Friday, March 19, 2021.

                          Respectfully submitted,

                          AUDREY STRAUSS
                          United States Attorney

            by: ___/s_____
                          Samson Enzer / Elizabeth Hanft
                          Assistant United States Attorneys
                          212-637-2342 / -2334

cc:  Arnold A. Spencer, Esq. (by email)
    *Counsel for Defendant Jimmy G. Watson Jr.*