

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2021

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:  *United States v. Jimmy G. Watson Jr.*, 21 Cr. 138 (LGS)

Dear Judge Schofield:

As the Court is aware, defendant Jimmy Watson was arrested on Thursday, March 4, 2021 in the Northern District of Texas and was subsequently released pursuant to an unsecured bond of $5,000,000.  The defendant's conditions of release also included the following provisions:

- The defendant must not violate federal, state, or local law while on release;
- The defendant must cooperate in the collection of a DNA sample if authorized by law;
- The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number;
- The defendant must appear in court as required and, if convicted, must surrender as directed to serve his sentence;
- The defendant must submit to supervision by and report for supervision to the United States Probation Officer as directed;
- The defendant must continue or actively seek employment;
- The defendant must surrender any passport and/or passport card to the United States Probation Office;
- The defendant's travel is restricted to the Northern District of Texas and to and from the Southern District of New York for court purposes unless permission is received from the Probation Officer;
- The defendant must avoid all contact with any person who is or may be a victim or witness in the investigation or prosecution, including his co-defendant;
- The defendant must receive medical or psychiatric treatment as directed by the Probation Officer;
- The defendant must not possess a firearm, destructive device, or other weapon;
- The defendant must not use alcohol excessively;
- The defendant must not use or unlawfully possess a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner;
- The defendant must submit to testing for a prohibited substance if required by the pretrial services office or supervising officer;

- The defendant is placed on home detention, restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services officer;
- The defendant is to submit to location monitoring as diirected by the pretrial services office or supervising officer and to comply with all of the program requirements and instructions provided, and to pay all or part of the cost of the program;
- The defendant is to report as soon as possible to the pretrial services office or supervising officer all contact with law enforcement personnel;
- The defendant is not to participate in any criminal activity, associate with any person engaged in any criminal activity, or enter into, or perform under, any agreement to act as an informer for, or special agent of, any governmental agency without permission of the court; and
- The defendant shall pay all fees incurred under these conditions.

The conditions of the defendant's bond in the Northern District of Texas (the "Texas Bond") are laid out in full in the attached Exhibit, and also at ECF Docket Number 5, pp. 15-19 in the above-captioned case.

The Government respectfully reqests that the Court order a bond in the Southern District of New York with the identical conditions laid out in the Texas Bond (with the exception that all references to the "Probation Officer" or "Probation Office" be replaced by "Pretrial Services Officer" or "Pretrial Services Office") by so-ordering this letter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:  ___/s_____
Samson Enzer / Elizabeth Hanft
Assistant United States Attorneys
212-637-2342 / -2334

cc:  Arnold A. Spencer, Esq. (by ECF)
     *Counsel for Defendant Jimmy G. Watson Jr.*

Application Granted.  Defendant Watson's conditions of bail, as set forth in the Texas Bond, are adopted with the exception that all references to the "Probation Officer" shall be deemed to refer to the "Pretrial Services Officer." The Clerk of the Court is directed to terminate the letter motion at docket number 21.

SO ORDERED

Dated: April 6, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CRIMINAL DOCKET FOR CASE #: 4:21−mj−00142−BJ All Defendants

Case title: USA v. Watson

Date Filed: 03/05/2021

Other court case number: 21−CR−138 Southern District of New York

Assigned to: Magistrate Judge Jeffrey L. Cureton

**Defendant (1)**

**Jimmy Gale Watson, Jr.**   represented by   **Arnold Augur Spencer**
Spencer & Associates
5949 Sherry Lane
Suite 900
Dallas, TX 75225
214−385−8500
Email: arnoldspencer75225@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:371, 1349, 1342 & 1956 Conspiracy to commit securities and commodities fraud; wire fraud; securities and touting fraud; money laundering | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Dan Cole−DOJ** |
| | | United States Attorney's Office |
| | | 801 Cherry Street |
| | | Suite 1700 |
| | | Fort Worth, TX 76102 |
| | | 817−252−5200 |
| | | Email: daniel.cole@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: US Attorney's Office* |
| | | *Bar Status: Not Admitted* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/04/2021 | | 4 | Arrest (Rule 5) of Jimmy Gale Watson, Jr. Case Number 21−CR−138 Indictment and warrant from Southern District of New York. (jah) (Entered: 03/05/2021) |
| 03/05/2021 | 1 | 5 | NOTICE OF ATTORNEY APPEARANCE by Arnold Augur Spencer appearing for Jimmy Gale Watson, Jr <span style="color:red">(If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.)</span> (jah) (Entered: 03/05/2021) |
| 03/05/2021 | 2 | 6 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Re: Rule 5(c) Hearing as to Jimmy Gale Watson, Jr held on 3/5/2021. Date of Arrest: 3/4/2021 on on warrant from the Southern District of New York; Attorney Arnold Spencer entered appearance as retained counsel; Rule 5(f) admonishment given; Deft executed waiver of identity & requests detention hearing be held in the NDTX; detention hearing set 3/9/21 at 10;30 a.m. before Magistrate Judge Cureton; o/temp detention entered; deft remanded to custody. Attorney Appearances: AUSA − Levi Thoams for Dan Cole; Defense − Arnold Spencer. (No exhibits) Time in Court − :06. (Court Reporter: Digital File) (USPO Kirksey.) (jah) (Entered: 03/05/2021) |
| 03/05/2021 | 3 | 8 | ELECTRONIC ORDER As to Jimmy Gale Watson, Jr: <br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present. <br><br>By this order —— issued to the prosecution and defense counsel —— the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 3/5/2021) (jah) (Entered: 03/05/2021) |

| 03/05/2021 | 4 | 10 | WAIVER of Rule 5(c) Hearings by Jimmy Gale Watson, Jr (jah) (Entered: 03/05/2021) |
| 03/05/2021 | 5 | 11 | MOTION for Pretrial Detention filed by USA as to Jimmy Gale Watson, Jr (jah) (Entered: 03/05/2021) |
| 03/05/2021 | 6 | 12 | ELECTRONIC ORDER OF TEMPORARY DETENTION as to Jimmy Gale Watson, Jr. Detention Hearing set for 3/9/2021 10:30 AM before Magistrate Judge Jeffrey L. Cureton. (Ordered by Magistrate Judge Jeffrey L. Cureton on 3/5/2021) (jah) (Entered: 03/05/2021) |
| 03/09/2021 | 7 | 13 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Detention Hearing Hearing NOT HELD on 3/9/2021 as to Jimmy Gale Watson, Jr. Gov't w/draws motion to detain; Deft executed Appearance bond and advised of conditions of pretrial release; o/setting conditions of pretrial release entered; deft released on conditions. Attorney Appearances: AUSA − Dan Cole; Defense − Arnold Spencer. (No exhibits) Time in Court − :06. (Court Reporter: Digital File) (USPO Honstein.) (jah) (Entered: 03/09/2021) |
| 03/09/2021 | 8 | 15 | Appearance Bond set as to Jimmy Gale Watson Jr. (1) (jah) (jah). (Entered: 03/09/2021) |
| 03/09/2021 | 9 | 17 | ORDER Setting Conditions of Release as to Jimmy Gale Watson Jr. (1)Deft released on Appearance bond; Deft to next appear as directed by the Court or U.S. Probation Officer; see order for specific conditions. (Ordered by Magistrate Judge Jeffrey L. Cureton on 3/9/2021) (jah) (Entered: 03/09/2021) |

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Dan Cole-DOJ (caseview.ecf@usdoj.gov, courtney.carden2@usdoj.gov,
cynthia.hood@usdoj.gov, daniel.cole@usdoj.gov, deborah.burson@usdoj.gov,
liuva.ruiz@usdoj.gov, michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate
Judge Jeffrey L. Cureton (kristi_verna@txnd.uscourts.gov,
margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:12996694@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00142-BJ USA v. Watson Arrest - Rule 5/32.1/40
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov.</u> If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

## U.S. District Court

## Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 3/5/2021 at 1:57 PM CST and filed on 3/4/2021

| | |
|---|---|
| **Case Name:** | USA v. Watson |
| **Case Number:** | <u>4:21-mj-00142-BJ</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of Jimmy Gale Watson, Jr. Case Number 21-CR-138 Indictment and warrant from Southern District of New York. (jah)**

**4:21-mj-00142-BJ-1 Notice has been electronically mailed to:**

Dan Cole-DOJ     daniel.cole@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Liuva.Ruiz@usdoj.gov, Michelle.Thom@usdoj.gov, deborah.burson@usdoj.gov, victoria.anderson@usdoj.gov

**4:21-mj-00142-BJ-1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA　　　　　§　　MAG. DOCKET NO.: 4:21-MJ-142
　　　　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§　　CRIMINAL NO.:
JIMMY GALE WATSON, JR.　　　　　　§

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
         FILED

    MAR – 5 2021

CLERK, U.S. DISTRICT COURT
By
              Deputy
```

## ENTRY OF APPEARANCE OF COUNSEL

[✓] I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause.

[ ] I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12 Federal Rules of Criminal Procedure, pertaining to pretrial motions.

_____3/5/2021_____
Date

_____
Signature of Attorney

**ARNOLD SPENCER**
Attorney Name (Please Print)

00791709
Attorney Bar Number

5949 Sherry Lane Suite 900
Street Address

Dallas, TX 75225
City/State/Zip

arnoldspencer75225@gmail.com
Email Address

PH: 214-385-8500
Telephone (including area code)

_____
Fax Number

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Dan Cole-DOJ (caseview.ecf@usdoj.gov, courtney.carden2@usdoj.gov,
cynthia.hood@usdoj.gov, daniel.cole@usdoj.gov, deborah.burson@usdoj.gov,
liuva.ruiz@usdoj.gov, michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Arnold Augur
Spencer (arnoldspencer75225@gmail.com, brad7526@gmail.com), Magistrate Judge Jeffrey L.
Cureton (kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:12996885@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00142-BJ USA v. Watson Initial Appearance
```
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 3/5/2021 at 2:32 PM CST and filed on 3/5/2021

| | |
|---|---|
| **Case Name:** | USA v. Watson |
| **Case Number:** | <u>4:21−mj−00142−BJ</u> |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Re: Rule 5(c) Hearing as to Jimmy Gale Watson, Jr held on 3/5/2021. Date of Arrest: 3/4/2021 on on warrant from the Southern District of New York; Attorney Arnold Spencer entered appearance as retained counsel; Rule 5(f) admonishment given; Deft executed waiver of identity & requests detention hearing be held in the NDTX; detention hearing set 3/9/21 at 10;30 a.m. before Magistrate Judge Cureton; o/temp detention entered; deft remanded to custody. Attorney Appearances: AUSA − Levi Thoams for Dan Cole; Defense − Arnold Spencer. (No exhibits) Time in Court − :06. (Court Reporter: Digital File) (USPO Kirksey.) (jah)

**4:21−mj−00142−BJ−1 Notice has been electronically mailed to:**

Arnold Augur Spencer     arnoldspencer75225@gmail.com, brad7526@gmail.com

Dan Cole−DOJ     daniel.cole@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Liuva.Ruiz@usdoj.gov, Michelle.Thom@usdoj.gov, deborah.burson@usdoj.gov, victoria.anderson@usdoj.gov

**4:21−mj−00142−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Dan Cole-DOJ (caseview.ecf@usdoj.gov, courtney.carden2@usdoj.gov,
cynthia.hood@usdoj.gov, daniel.cole@usdoj.gov, deborah.burson@usdoj.gov,
liuva.ruiz@usdoj.gov, michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Arnold Augur
Spencer (arnoldspencer75225@gmail.com, brad7526@gmail.com), Magistrate Judge Jeffrey L.
Cureton (kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12996889@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00142-BJ USA v. Watson Rule 5(f)(1) Order
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you
have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific
Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of
Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If
admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 3/5/2021 at 2:32 PM CST and filed on 3/5/2021

| | |
|---|---|
| **Case Name:** | USA v. Watson |
| **Case Number:** | 4:21−mj−00142−BJ |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 ELECTRONIC ORDER As to Jimmy Gale Watson, Jr:

This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal
Procedure, and is entered by the court on the first scheduled court date when both the
prosecutor and defense counsel are present.

By this order −− issued to the prosecution and defense counsel −− the court confirms the
disclosure obligations of the prosecutor under **Brady v. Maryland**, 373 U.S. 83 (1963), and its
progeny, and the possible consequences of violating such order under applicable law.
Failure to do so may result in consequences such as the dismissal of the indictment or
information, dismissal of individual charges, exclusion of evidence or witnesses, adverse
jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by
Magistrate Judge Jeffrey L. Cureton on 3/5/2021) (jah)

**4:21−mj−00142−BJ−1 Notice has been electronically mailed to:**

Arnold Augur Spencer     arnoldspencer75225@gmail.com, brad7526@gmail.com

Dan Cole−DOJ    daniel.cole@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Liuva.Ruiz@usdoj.gov, Michelle.Thom@usdoj.gov, deborah.burson@usdoj.gov, victoria.anderson@usdoj.gov

**4:21−mj−00142−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

# United States District Court

## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **WAIVER OF RULE 5(c) HEARINGS** |
| | § | **(Excluding Probation Cases)** |
| V. | § | |
| | § | |
| JIMMY GALE WATSON, JR. | § | **CASE NUMBER: 4:21-MJ-142** |

 

I, Jimmy Gale Watson, Jr.,  understand that in the Southern District of New York, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

( ✓ ) I have been informed I have no right to a preliminary examination

I HEREBY REQUEST THAT MY DETENTION HEARING BE

(   ) held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( ✓ ) held in this district.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 5 2021
CLERK, U.S. DISTRICT COURT
By _____
Deputy

_____
Defendant

March 5, 2021

_____
Defense Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                    No. 4:21-MJ-

JIMMY GALE WATSON, JR.

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

MAR − 5 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:** This case is eligible for a detention order because the case involves:

☐ Crime of violence [18 U.S.C. § 3156]
☐ Maximum sentence of LIFE imprisonment or death
☐ Controlled Substance offense punishable by 10 or more years
☐ Felony with 2 prior convictions in above categories
☐ Felony involving a minor victim
☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
☐ Felony involving a failure to register under 18 U.S.C. § 2250
☒ Serious risk that the Defendant will flee
☒ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:

☒ Defendant's appearance as required
☒ The safety of the community
☒ The safety of another person.

**3.** The United States **will** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:

☐ A Controlled Substance Offense punishable by 10 or more years imprisonment
☐ A firearms offense under Title 18, United States Code, Section 924(c)
☐ A federal crime of terrorism punishable by 10 or more years imprisonment
☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
☐ A Felony involving a failure to register under 18 U.S.C. § 2250
☐ The Defendant has previously been convicted of an offense described in 18 USC 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction..

**4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing

☐ at the Defendant's first appearance        ☒ After a continuance of _2_ days.

Respectfully submitted,
PRERAK SHAH
ACTING UNITED STATES ATTORNEY

DAN COLE
Special Assistant United States Attorney
Texas Bar No. 24117336
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817-252-5200
Facsimile:  817-252-5455

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: March 4, 2021

DAN COLE
Special Assistant United States Attorney

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Dan Cole-DOJ (caseview.ecf@usdoj.gov, courtney.carden2@usdoj.gov,
cynthia.hood@usdoj.gov, daniel.cole@usdoj.gov, deborah.burson@usdoj.gov,
liuva.ruiz@usdoj.gov, michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Arnold Augur
Spencer (arnoldspencer75225@gmail.com, brad7526@gmail.com), Magistrate Judge Jeffrey L.
Cureton (kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:12996907@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00142-BJ USA v. Watson Order of Detention
```
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 3/5/2021 at 2:34 PM CST and filed on 3/5/2021

| | |
|---|---|
| **Case Name:** | USA v. Watson |
| **Case Number:** | <u>4:21−mj−00142−BJ</u> |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
 **ELECTRONIC ORDER OF TEMPORARY DETENTION as to Jimmy Gale Watson, Jr. Detention Hearing set for 3/9/2021 10:30 AM before Magistrate Judge Jeffrey L. Cureton. (Ordered by Magistrate Judge Jeffrey L. Cureton on 3/5/2021) (jah)**


**4:21−mj−00142−BJ−1 Notice has been electronically mailed to:**

Arnold Augur Spencer     arnoldspencer75225@gmail.com, brad7526@gmail.com

Dan Cole−DOJ     daniel.cole@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Liuva.Ruiz@usdoj.gov, Michelle.Thom@usdoj.gov, deborah.burson@usdoj.gov, victoria.anderson@usdoj.gov

**4:21−mj−00142−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Dan Cole-DOJ (caseview.ecf@usdoj.gov, courtney.carden2@usdoj.gov,
cynthia.hood@usdoj.gov, daniel.cole@usdoj.gov, deborah.burson@usdoj.gov,
liuva.ruiz@usdoj.gov, michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Arnold Augur
Spencer (arnoldspencer75225@gmail.com), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:13003199@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00142-BJ USA v. Watson Hearing Not Held
```
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov.</u> If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 3/9/2021 at 10:55 AM CST and filed on 3/9/2021

| | |
|---|---|
| **Case Name:** | USA v. Watson |
| **Case Number:** | <u>4:21−mj−00142−BJ</u> |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
 **ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Detention Hearing Hearing NOT HELD on 3/9/2021 as to Jimmy Gale Watson, Jr. Gov't w/draws motion to detain; Deft executed Appearance bond and advised of conditions of pretrial release; o/setting conditions of pretrial release entered; deft released on conditions. Attorney Appearances: AUSA − Dan Cole; Defense − Arnold Spencer. (No exhibits) Time in Court − :06. (Court Reporter: Digital File) (USPO Honstein.) (jah)**

**4:21−mj−00142−BJ−1 Notice has been electronically mailed to:**

Arnold Augur Spencer    arnoldspencer75225@gmail.com

Dan Cole−DOJ    daniel.cole@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Liuva.Ruiz@usdoj.gov, Michelle.Thom@usdoj.gov, deborah.burson@usdoj.gov, victoria.anderson@usdoj.gov

**4:21−mj−00142−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed**

below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by
the federal rules.

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  4:21-MJ-142 |
| JIMMY GALE WATSON, JR. | ) | |
| *Defendant* | ) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 9 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## APPEARANCE BOND

### Defendant's Agreement

I, _____ JIMMY GALE WATSON, JR. _____ *(defendant)*, agree to follow every order of this court, or any
court that considers this case, and I further agree that this bond may be forfeited if I fail:

     ( ✕ )    to appear for court proceedings;

     ( ✕ )    if convicted, to surrender to serve a sentence that the court may impose; or

     ( ✕ )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)  This is a personal recognizance bond.

( ✕ ) (2)  This is an unsecured bond of $  5,000,000.00 _____ .

(   ) (3)  This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
        *(describe the cash or other property, including claims on it − such as a lien, mortgage, or loan − and attach proof of*
        *ownership and value)*:

        If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above
agreement. The court may immediately order the amount of the bond surrendered to the United States, including the
security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court
may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including
interest and costs.

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;

(2)    the property is not subject to claims, except as described above; and

(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   03/09/2021

_____
*Defendant's signature*

Jimmy Gale Watson, Sr.
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

Sandra Watson
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date:   03/09/2021

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date:   03/09/2021

_____
*Judge's signature*

16

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas, Fort Worth Division

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:21-MJ-142 |
| JIMMY GALE WATSON, JR | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:         As directed by the Court or U.S. Probation Officer
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

17

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(   )  (6)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____     Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                        *Custodian*                                    *Date*

( X )  (7)  The defendant must:

( X )  (a)  submit to supervision by and report for supervision to the   United States Probation Officer as directed          ,
telephone number _____ , no later than _____ .

( X )  (b)  continue or actively seek employment.

(   )  (c)  continue or start an education program.

( X )  (d)  surrender any passport to:   and/or any passport card to the United States Probation Office

( X )  (e)  not obtain a passport or other international travel document.

( X )  (f)  abide by the following restrictions on personal association, residence, or travel:   Travel restricted to the Northern District of
Texas and to and from the Southern District of New York for Court purposes unless permission received from the US Probation Officer

( X )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
including:   co-defendant

( X )  (h)  get medical or psychiatric treatment:   as directed by the US Probation Officer

(   )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
or the following purposes: _____

(   )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
necessary.

( X )  (k)  not possess a firearm, destructive device, or other weapon.

( X )  (l)  not use alcohol (        ) at all ( X ) excessively.

( X )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
medical practitioner.

( X )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random
frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited
substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of any prohibited
substance screening or testing.

(   )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
supervising officer.

( X )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

(   )  (i)  **Curfew.**  You are restricted to your residence every day (       ) from _____ to _____ , or (   ) as
directed by the pretrial services office or supervising officer; or

( X )  (ii)  **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; medical,
substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities
approved in advance by the pretrial services office or supervising officer; or

(   )  (iii)  **Home Incarceration.**  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
court appearances or other activities specifically approved by the court.

( X )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
requirements and instructions provided.

( X ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
supervising officer.

( X )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
arrests, questioning, or traffic stops.

( X )  (s)  Not participate in any capacity in any criminal activity, associate with any person engaged in any criminal activity, or enter into, or
perform under, any agreement to act as an informer for, or special agent of, any governmental agency without permission of the court.

( X )  (t)  shall pay any and all fees incurred under conditions (7)(h), (7)(n) and/or (7)(o)

Case 4:21-mj-00142-BJ   Document 10   Filed 03/09/21   Page 19 of 19   PageID 27

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ✔ )   The defendant is ORDERED released after processing.

(   )   The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  March 9, 2021                    _____
                                                        *Judicial Officer's Signature*

                                        JEFFREY L. CURETON, UNITED STATES MAGISTRATE JUDGE
                                                        *Printed name and title*

DISTRIBUTION:    COURT      DEFENDANT      PRETRIAL SERVICE      U.S. ATTORNEY      U.S. MARSHAL

19