

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2021

**BY ECF AND EMAIL**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *United States* v. *John D. McAfee and Jimmy G. Watson Jr.*, 21 Cr. 138 (LGS)

Dear Judge Schofield:

      The Government respectfully submits this letter, with the consent of defendant Jimmy Gale Watson Jr., through his counsel, to jointly request that the Court suspend the case management schedule set forth in the Court's September 3, 2021 scheduling order (Dkt. 33), for the reasons set forth below.

      Since the Government's September 2, 2021 letter, the Government has reviewed Watson's written submissions referenced therein and has determined, in the interest of justice and in light of Watson's unique circumstances, to enter into a deferred prosecution agreement with Watson. Although the Government has made that determination in principle, the parties have not yet had an opportunity to agree on the specific terms of such an agreement. The parties anticipate finalizing the agreement in early 2022. In light of that anticipated resolution, the parties jointly request that the Court suspend the current deadlines for producing Rule 16 discovery and for Rule 12(b)(3) motions. The parties further request that the Court advance the conference currently set for March 2022 to a date in February 2022, at which time the parties anticipate resolving the matter.

      The Government has requested, and is still awaiting, official records related to the death of Watson's co-defendant, John David McAfee.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney
                      Southern District of New York

      by: _____
                      Elizabeth Hanft / Kiersten A. Fletcher
                      Assistant United States Attorneys
                      212-637-2334 / -2238

cc: Arnold A. Spencer, Esq.